## STATE of Missouri, Respondent,

v.

## Earl STANLEY, Appellant.

### No. WD 64218.

Missouri Court of Appeals,
Western District.

Nov. 22, 2005.

Rebecca L. Kurz, Kansas City, MO, for appellant.

Shaun J. Mackelprang, Jefferson City, MO, for respondent.

Before SMITH, C.J., LOWENSTEIN and HOWARD, JJ.

### *ORDER*

PER CURIAM.

Appellant was convicted of the first-degree offenses of child molestation under Section 566.067, RSMo. (2000), and statutory sodomy under Section 566.062, RSMo.

(2000). Appellant claims that (1) his convictions are not supported by sufficient evidence, (2) the trial court admitted improper victim impact evidence in the sentencing phase of Appellant's trial, and (3) the trial court erred by overruling his gender *Batson* objection. Affirmed. Rule 30.25(b).